EXHIBIT "A"



Haley Williams <konse005@umn.edu>

## Your Samsung order #US567596350 is confirmed
1 message

**orders@shopping.us.samsung.com** <orders@shopping.us.samsung.com>  Sun, Jun 20, 2021 at 9:43 PM
To: konse005@umn.edu

**SAMSUNG**

# Order confirmed
**We're preparing your shipment.**



Dear Haley Konsela,

We processed your order **#US567596350**, confirmed your payment, and will send your shipment. Look for an email with a shipping tracking number soon.

You now have a chance to win $5,000 Samsung Credit in the Discover Samsung Sweepstakes from your qualifying purchase. Stay tuned or come back and shop each day through June 20th to earn additional entries.Φ

Plus, you earned **240** Samsung Rewards points that will be available in your **Samsung Account** 15 days after your delivery.

Would you like to track our progress? Click the Manage Order button to see your order status. We'll keep you updated at each step.

**MANAGE ORDER**

Thank you!

Your friends at Samsung.com

## YOUR ITEM(S)



**Galaxy Book Pro 360, 15", 1TB, Mystic Bronze**

NP950QDB-KA1US

QTY: **1**

🚚 Expected Delivery: Jun. 24

PRICE: $1079.99 ~~$1499.99~~



**24" SF354 LED Monitor**

LS24F354FHNXZA

QTY: **1**

🚚 Expected Delivery: Jun. 28

PRICE: $116.99 ~~$129.99~~

⊕ Earn 240 points

## PAYMENT SUMMARY

### Payment Method

| | |
|---|---|
| Subtotal | $1629.98 |
| Shipping | FREE |
| Taxes | $65.83 |

| | |
|---|---|
| **TOTAL** | **$1262.81** |
| Total Savings | $433.00 |

You may see more than one payment applied in your credit card billing statement if you have more than one item in order and they are shipped separately.

## SHIPPING AND BILLING DETAILS

| Billed to | Haley Konsela  2679 Ridgewood Street , Unit A , |
|---|---|

MENOMONIE, WI 54751

Shipped to    **Haley Konsela** 2679 RIDGEWOOD ST , UNIT A , MENOMONIE, WI 54751





11/8/22, 2:10 PM
University of Minnesota Twin Cities Mail - Your Samsung order #US675963505 is confirmed
Case 2:23-cv-00989-EP-JRA Document 28-1 Filed 06/15/23 Page 5 of 5 PageID: 293



## Never miss a deal with instant notifications

Get Shop Samsung App.







**SHOP ONLINE** | **CONTACT US**

   

Please do not reply to this email. If you need to contact us with questions or feedback, please Contact Customer Services . If you are planning to return an item, look over our Return Policy here

ΦBy completing a purchase at Samsung.com or in the Samsung Shop app, or registering a product at Samsung.com, you will be automatically entered into the Discover Samsung Event Giveaway and have read and agree to be bound by the Official Rules.

Legal | Privacy Policy

© 2020 Samsung Electronics America, Inc. Samsung is a registered trademark of Samsung Electronics Co., Ltd. Use only in accordance with law. Other company and product names mentioned may be trademarks of their respective owners. Screen images simulated. Actual appearances may vary.

Samsung Electronics America

85 Challenger Road.
Ridgefield Park, NJ 07660