EXHIBIT "B"

11/8/22, 2:30 PM                 University of Minnesota Twin Cities Mail - 203. Your Samsung unit to be repaired was received.

Case 2:23-cv-00989-ER-JRA Document 28-2 Filed 06/15/23 Page 2 of 3 PageID: 295



Haley Williams <konse005@umn.edu>

## 203. Your Samsung unit to be repaired was received.
1 message

**Samsung Electronics America** <noreply.svc@sea.samsung.com>     Thu, Apr 7, 2022 at 10:19 AM
To: konse005@umn.edu



\*\*\* This is a system-generated email from an unmonitored mailbox. Please do not reply \*\*\*

Dear HALEY KONSELA,

Your Samsung NP950QDB-KA1US was received on 04/05/2022. You can expect your unit to be repaired within the next 7 days.

Service Ticket Number : 4164667888
Service Center Information
1. Name : Total Tech Solutions
2. City, State : Carlstadt, NJ

You can get real time repair status updates by one of the following options:

- Download the Samsung Cares App for Android devices
- Go to Repair Self Tracking on www.samsung.com

You can also receive up to the minute service updates via text messaging. Just send your Service Order transaction number or the word "status" to 908-280-0001. You can also send "Help" for a full list of commands.

Thank You.

Samsung Electronics America



Privacy | Legal

© Copyright 2015 Samsung Electronics America, Inc. All Rights Reserved. Samsung is a registered trademark of Samsung Electronics Co. Ltd. Screen Images simulated.

11/8/22, 2:30 PM
University of Minnesota Twin Cities Mail - Fwd: Your Samsung unit Code repaired was received.
Case 2:23-cv-00989-ER-JRA Document 28-2 Filed 06/15/23 Page 3 of 3 PageID: 296

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.