EXHIBIT "C"



Haley Williams <konse005@umn.edu>

## Regarding Your Samsung Ticket # 4164667888
7 messages

**Kelly Munoz** <kellym@totalts.com>  Thu, Apr 7, 2022 at 1:52 PM
To: konse005@umn.edu
Cc: dbang@totalts.com, cristinaurbina@totalts.com, jperez@totalts.com, lizzy@totalts.com

Good Afternoon Haley,

As requested, please see below for details as to what was done to your device:

- Technician disconnected and reconnected MTS cable.
    - Wi-Fi works properly after reseating cable
    - Password was requested to proceed with testing phase
- Password was received from client and testing was completed.
    - The laptop was tested and all of the hardware passed: including RAM and SSD
    - The laptop powers on and the battery is charged
    - Updated drivers via Samsung Update
    - OS completed testing and no unusual activity detected
- Conclusion: No defects found; unit will be shipped back to client

Sincerely,

Kelly Muñoz



Total Tech Solutions, Inc.

49 Commerce Rd

Carlstadt, NJ 07072

201-672-9501 (Option 7)

---

**Haley Konsela** <konse005@umn.edu>  Thu, Apr 7, 2022 at 2:05 PM
To: Kelly Munoz <kellym@totalts.com>

Cc: dbang@totalts.com, cristinaurbina@totalts.com, jperez@totalts.com, lizzy@totalts.com

Hi Kelly,
Thank you very much for this extra information regarding what was done to my laptop. I appreciate you all taking the time to look at this quickly and hopefully this issue doesn't come back. Have a great day!

[Quoted text hidden]

--
**Haley Konsela**

*Juris Doctor Candidate*
Mitchell Hamline School of Law 2024
*Sociology of Law, Criminology and Deviance & Psychology*
University of Minnesota Class of 2015

Phone: 608-386-7860

---

**Kelly Munoz** <kellym@totalts.com>                                      Thu, Apr 7, 2022 at 3:15 PM
To: Haley Konsela <konse005@umn.edu>

Hello Haley,

Happy to help! Enjoy the rest of your week! ☺

[Quoted text hidden]

---

**Haley Konsela** <konse005@umn.edu>                                      Tue, Apr 12, 2022 at 6:02 PM
To: Kelly Munoz <kellym@totalts.com>

Hi Kelly,
I got my laptop back today and it is now connecting to the internet, however I received this message on my personal one drive now:



It says there's 400 files pending deletion from my one drive that look like testing/tech repair stuff. Am I good to just hit "remove" or will this mess up my device? Thank you!

[Quoted text hidden]

---

**Kelly Munoz** <kellym@totalts.com>                                      Wed, Apr 13, 2022 at 8:32 AM
To: Haley Konsela <konse005@umn.edu>

Good Morning Haley,

Yes, please go ahead and delete those files as they were only needed to run the testing program on your device.

[Quoted text hidden]

---

**Haley Konsela** <konse005@umn.edu>                                                          Wed, Apr 13, 2022 at 8:45 AM
To: Kelly Munoz <kellym@totalts.com>

Got it, thank you!
[Quoted text hidden]

---

**Haley Williams** <konse005@umn.edu>                                                         Thu, Oct 6, 2022 at 3:51 PM
To: yael.nathanson@mitchellhamline.edu

Samsung told me in writing that there was nothing wrong with the device, however when I called their tech team they said they had to take the computer apart and re-seat a cable that dislodged. I had them send it to me in writing.
[Quoted text hidden]

--
**Haley Williams**

*Juris Doctor Candidate*
Mitchell Hamline School of Law 2025

[Quoted text hidden]