EXHIBIT "D"



Haley Williams <konse005@umn.edu>

## Chat Transcript for Chat ID 75442086
2 messages

**noreply.svc@sea.samsung.com** <noreply.svc@sea.samsung.com>  Tue, Oct 4, 2022 at 1:27 PM
To: konse005@umn.edu

My Galaxy Book Pro 360 is out of warranty as of 2 months ago I believe, however it is SIGNIFICANTLY overheating with little to no usage (a few word documents open, a few web pages open, and sometimes a Zoom). The battery now only lasts about two hours after a full charge. I'm seeing many things online about overheating and injury, and I'm getting very concerned. I've taken impeccable care of this device and am extremely disappointed. Live Chat • SEA_Digital messaging Before I connect you with a person, can you please share your name and email First Name * Last Name Email Address Submit Live Chat • 48mins HW First Name Haley Last Name Williams Email Address konse005@umn.edu Live Chat • 47mins • SEA_Digital messaging I will be connecting you to a Samsung Care Pro who can help. Live Chat • 47mins • Irfan Khan Case assigned to Irfan Khan SEA_Digital messaging Thank you. You are connected with Irfan Kha from Samsung Care. Live Chat • 47mins • SEA_Digital messaging Hi! I'm Irfan from Samsung Technical Support. How may I assist you today? Live Chat • Irfan Khan • 47mins • SEA_Digital messaging I will be with you shortly. Thank you. Live Chat • 47mins • SEA_Digital messaging I am still here. Please allow me a few more moments to review additional information related to your case. Live Chat • 46mins • SEA_Digital messaging I'll provide the best possible resolution. Would you provide details on what exactly happened? Live Chat • Irfan Khan • 46mins • HW My computer overheats constantly, no matter what I'm doing. Even with one word document open. The fan is always running. It smells like it's melting. The battery only lasts two hours. I've sent my laptop in for warranty repair one other time and it came back not put together correctly. Live Chat • 44mins • HW If I plug it in to charge while I'm using it, it gets even worse. It doesn't hardly charge while the device is running. I purchased this for school and it's become completely worthless if I have to shut it down every two hours to do a full charge out of a concern it will start on fire. Live Chat • 43mins • SEA_Digital messaging I certainly understand what you're saying, I'll do my best to help you. Live Chat • Irfan Khan • 42mins • Irfan Khan Case unassigned from Irfan Khan SEA_Digital messaging I will be connecting you to a Samsung Care Pro who can help. Live Chat • 41mins • Margaux Dominique Chan Case assigned to Margaux Dominique Chan SEA_Digital messaging Thank you. You are connected with Margaux D from Samsung Care. Live Chat • 41mins • HW I keep it propped on two spaced out books to prevent overheating, but it doesn't really help. With what I've been seeing online regarding this product and the risk of overheating/fire/injury I'm wondering what we can do to solve this. I loved this computer for the first few months of owning it, however it's clearly a faulty product with injury risk at this point. Live Chat • 40mins • SEA_Digital messaging Hi, Thank you for contacting Samsung Care. My name is Margaux. This is an asynchronous channel, and we are open 24/7. You can drop your messages here and check for the responses at your convenience. The conversation remains active until you ask us to close. Live Chat • Margaux Dominique Chan • 40mins • SEA_Digital messaging Please give me couple of minutes while I go through the conversation. Live Chat • Margaux Dominique Chan • 40mins • HW Okay • SEA_Digital messaging Thank you so much for waiting and upon checking in here I can see that you are contacting us about your laptop that is overheating, and you are having an issue with it smelling like its melting. I apologize on the inconvenience this has ca

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

**Haley Williams** <konse005@umn.edu>  Thu, Oct 6, 2022 at 3:46 PM
To: yael.nathanson@mitchellhamline.edu

Transcript #1

Case 2:23-cv-00989-EP-JRA    Document 28-4    Filed 06/15/23    Page 3 of 5 PageID: 303

[Quoted text hidden]

--
**Haley Williams**

*Juris Doctor Candidate*
Mitchell Hamline School of Law 2025
*Sociology of Law, Criminology and Deviance & Psychology*
University of Minnesota Class of 2015

Phone: 608-386-7860



Haley Williams <konse005@umn.edu>

## Part 2 of chat transcript
2 messages

**noreply.svc@sea.samsung.com** <noreply.svc@sea.samsung.com>  Tue, Oct 4, 2022 at 1:28 PM
To: konse005@umn.edu

It's so hot to the touch it has the capability to burn if you were to keep your fingers on it. My keyboard also gets very hot. The only damage to property is the actual computer destroying itself by overheating, but that is because I am taking extreme care in shutting it down, keeping it on books so the bottom has air flow, and not charging it when I'm not present. If I did not engage in those mitigating factors, there is a risk of further property damage or injury at this point I believe. Live Chat • 33mins • SEA_Digital messaging Thank you so much for the information and I appreciate you for bringing this to our attention, no worries I will be raising a ticket about this to our specialist team and they will be in contact with you in 1-2 business days for further instructions on what needs to be done on the laptop. Live Chat • Margaux Dominique Chan • 29mins • HW Great, thank you. Live Chat • 29mins • HW How do I download a copy of our conversation for my records? Live Chat • 27mins • SEA_Digital messaging I can send you a transcript of our chat session later on your email. Live Chat • Margaux Dominique Chan • 26mins • SEA_Digital messaging Would that work for you? Live Chat • Margaux Dominique Chan • 26mins • HW That would be great. I would love to see this faulty product and risk of injury issue resolved by Samsung privately with me. Live Chat • 24mins • SEA_Digital messaging Thank you so much for understanding. Let me create the request for you. Please help me with the details Model and Serial Number of the unit: Located on its bottom part First Name and Last Name: Home Phone Number: Mobile Number: Email Address: Physical Address: Place of Purchase: How would you like to be contacted regarding the ticket: Email, SMS or both: Live Chat • Margaux Dominique Chan • 21mins • HW Model: NP950QDb Serial: 4WNR9FHR500142B Live Chat • 19mins • HW Name: Haley Williams Live Chat • 19mins • HW Phone number: 608-386-7860 Live Chat • 18mins • HW Email address: konse005@umn.edu Live Chat • 18mins • HW Physical address: 2679 Ridgewood St. Unit A Menomonie WI 54751 Live Chat • 18mins • HW Place of purchase: Samsung.com order# US567596350 Live Chat • 17mins • HW Preferred method of contact is email/writing. Live Chat • 17mins • HW I sent this computer in for warranty repair a few months ago. The network driver disappeared from my computer randomly one day. I sent it in, was told in writing that there was nothing wrong with my computer, however was told over the phone by the technician that they did in fact have to open the computer and re-connect wiring that dislodged. I had the technician document this in writing and email it to me as well. Live Chat • 15mins • SEA_Digital messaging Got it. No worries, I am now creating the ticket and our specialist team will get in touch with you in 1-2 business days. You can have this documents ready when they contact you for further assistance. Live Chat • Margaux Dominique Chan • 11mins • HW Thank you! Live Chat • 11mins • Margaux Dominique Chan https://agent.samsungsupport.com/us/pnp/detail?ci=N0000058&mn=UN40H5003AF&mc=UN40H5003AFXZA&keyword=product%20liability&ai=PNP01218345-100805 Note • Margaux Dominique Chan • 6mins SEA_Digital messaging Thank you so much for waiting, I successfully raised the concern to our specialists team with ticket number 5130532563. We appreciate you for giving us the time today to sort out the issue and rest assured that this concern has been raised with utmost priority, and please allow our team to reach out to you for further instructions.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

**Haley Williams** <konse005@umn.edu>  Thu, Oct 6, 2022 at 3:47 PM
To: yael.nathanson@mitchellhamline.edu

Transcript #2. I reached out to them today as 2 business days have passed and they told me that it was an "escalated ticket" for a "specialist" and that the best they could do was push a reminder or something like that.

[Quoted text hidden]

--
**Haley Williams**

*Juris Doctor Candidate*
Mitchell Hamline School of Law 2025
*Sociology of Law, Criminology and Deviance & Psychology*
University of Minnesota Class of 2015

Phone: 608-386-7860