EXHIBIT "E"



Haley Williams <konse005@umn.edu>

## 032. Online Service Request [4167760955] Information
1 message

**Samsung Electronics America** <noreply.svc@sea.samsung.com>  
To: konse005@umn.edu

Fri, Oct 7, 2022 at 11:08 AM



\*\*\* This is a system-generated email from an unmonitored mailbox. Please do not reply \*\*\*

Your request for service has been processed, please review the following important information and instructions below.

Important: Samsung will make every attempt to repair your device without having to re-image it or re-install your operating system. However, you are responsible for backing-up all system and applications software and data and disabling any security passwords before services are performed, removing any data before parts or products are returned, and for reinstalling all software, data and passwords.

SAMSUNG SHALL NOT BE LIABLE FOR THE LOSS OR DESTRUCTION OF DATA OR MEDIA RESULTING FROM THE USE OR SERVICE OF THIS PRODUCT, WHETHER DUE TO VIRUS ISSUES OR OTHERWISE, OR ANY FAILURE TO SECURE ALL PROGRAMS AND DATA CONTAINED IN OR AFFECTED BY THE PRODUCT OR TO MAINTAIN THE CONFIDENTIALITY OF DATA STORED ON THE PRODUCT.

| Ticket Number | 4167760955 |  |
|---|---|---|
| Please use the "Ticket Number" shown above on all communications with Samsung concerning your service. | | 4167760955 |





| Service Type | : Pick Up Service |
|---|---|
| Warranty | : **Out of Warranty** |
| | : Labor (07/31/2022), Part (07/31/2022) |

### Product Information

| Model Number | : NP950QDB-KA1US |
|---|---|
| Serial Number | : 4WNR9FHR500142B |
| Product Symptoms | : Operating System / Software/Windows/Error message |

### Service Information

| Contact / Return Information | |
|---|---|
| Customer Name | : HALEY KONSELA |
| Address | : NULL 2679 Ridgewood St. Unit A Menomonie,WI,54751 |
| Email Address | : konse005@umn.edu |
| Home Phone | : 6083867860 |
| Alt. Phone | : 7155582468 |
| Call Time | : |
| **Authorized Service Center (Shipping Information)** | |

| | | |
|---|---|---|
| Name | : | Total Tech Solutions |
| Address | : | 49 Commerce Road Carlstadt NJ 07072 |
| Email Address | : | SamsungASC@TOTALTS.COM |
| Phone | : | 1-800-726-7864 4 |
| Fax | : | 201-935-0672 |
| Contact | : | |

**Repair Cost**

| | | |
|---|---|---|
| Service Cost | : $ | |
| Shipping Cost | : $ | $ |
| Credit Card | : | |
| Card Number | : | |

**Sending components or accessories**

**All products**

Do not package any of the accessories below unless there is an affected issue;

- Monitor Stand, Cover
- Installation CD
- Other accessories (any cables, remote controls, power cord and etc)

If there is an affected issue below, the accessories must be included.

- Sound/video issue : Cables (HDMI, Audio/Video cable, USB cable)
- No Power issue : Power cord / AC Adapter / Charger
- Remote connection issue : Remote controls

**Home Theater System:**

For all issues please send the following items:

- Main HTS unit - Sound bar
- The affected speaker(s) : Left Speaker / Right Speaker / Center Speaker / Left Rear Speaker / Right Rear Speaker / Subwoofer

**Robot Vacuum / Vacuum Cleaner:**

Any type of vacuum filters must be included.

**Notebook PC / Galaxy Tab:**

Do not package any of the accessories below unless there is an affected issue:

- AC Adapter / Power Cord / USB Cable
- S-Pen
- Detachable Keyboards

Remove all Screen Protectors before shipping
Do not send in tablet Covers/Cases

**Shipping Guide Line**

Insure your product and use a shipper that provides a tracking number. Samsung is not liable for any, in transit damage.

- Make sure to choose a box strength that is suitable for your product. If you plan on reusing a box, make sure it is rigid and in excellent condition with no punctures, tears, rips or corner damage. For large or heavy objects, double wall boxes are recommended.
- Maintain a minimum of 4 inches of clearance between the product and all sides of the box (including top and bottom) in a way that the product does not move or shift in the box.
- Use proper packing materials to pack the product. Styrofoam is one of the best packing materials to use, as it has the cushion needed to protect the product. If you utilize packaging peanuts, we recommend wrapping the product with plastic or bubble wrap first so that the peanuts do not enter the product and cause further damage.
- Improper cushioning materials include clothing, blankets, towels, newspaper and pillows. To expedite service write your ticket number on the outside of the box on at least 2 visible sides.

To expedite service write your ticket number on the outside of the box on at least 2 visible sides.

- For in-warranty products, transportation to the service center and any associated fees are the customer's responsibility. Samsung will ship the product back to you at no charge.
- For out-of-warranty products, transportation and shipping of the product to and from the service center is the customer's responsibility.
- For in-warranty LCD Monitors, transportation and shipping of the product to and from the service center is covered by Samsung using the provided shipping label.

**Conditions and Agreement**

- Modifications or changes made to Samsung products without prior authorization from Samsung may void the warranty. Misuse or physical damage to the product may also result in warranty being void. In these circumstances you can expect Samsung or the service provider to contact you to obtain your consent and credit card information before performing and out-of-warranty repairs.
- Once the product is received Samsung factory service location it will either be repaired or exchanged and returned to you at no cost if the product is in-warranty.
- For exchange or repair services, online service requests are valid for 10 days from the service request creation date. If the product is not received within 10 days, the request may be canceled.

If you have any questions, please visit us at

www.samsung.com/support

or text "Help" to 800SAMSUNG (800.726.7864) to

connect to a Samsung Pro, anytime, 24/7.

Privacy  | Legal

© Copyright 2022 Samsung Electronics America, Inc. All Rights Reserved. Samsung is a registered trademark of Samsung Electronics Co. Ltd. Screen Images simulated.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.