EXHIBIT "F1"

Supplemental jurisdiction (1367a)
Diversity jurisdiction (1367b)
Exxon mobile case (1367c)
Analysis
Overview
Breach of Contract
Defamation
Motion to dismiss breach of contract claim denied
SCAN
HOLD
IRT205
Enter
Shift