EXHIBIT "F2"