EXHIBIT "G1"