EXHIBIT "G2"

