EXHIBIT "H"

