EXHIBIT "I"

Do not store the computer in an enclosed space, such as a computer bag, while it is running.

Never heat the computer (or the battery) or put the computer (or the battery) into a fire or microwave.

Take care not to allow metal objects such as a key or clip to touch the battery terminal (metal parts).

If the product emits smoke or there is a burning smell, disconnect the power plug from the wall outlet and contact a Samsung Service Center immediately.

16