**GREENBERG TRAURIG, LLP**
David Jay, Esq.
jayd@gtlaw.com
James L. Ryerson, Esq.
ryersonj@gtlaw.com
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: (973) 360-7900
*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HALEY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | No. 2:23-cv-00989-JMV-JRA<br><br>**CERTIFICATION OF DAVID JAY IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, David Jay, of full age, certify as follows:

1. I am a Shareholder with the law firm of Greenberg Traurig, LLP, attorneys for Defendant Samsung Electronics America, Inc. ("SEA") in the above-captioned action. I am a member in good standing of the bars of the State of New Jersey and this Court. I make this Certification in support of SEA's motion to dismiss Plaintiff's First Amended Complaint. The facts set forth in this

Certification are based on my personal knowledge and understanding.

2. On May 1, 2023, SEA filed a motion to dismiss Plaintiff's initial Complaint in this action (Dkt. 16). In support of that motion, SEA submitted the Certification of Nicole Cantwell, with exhibits (Dkt. 16-2) (the "Cantwell Cert.").

3. Instead of opposing SEA's May 1, 2023 motion to dismiss (Dkt. 23), Plaintiff filed her operative First Amended Complaint on June 15, 2023 (Dkt. 28) (the "FAC").

4. The FAC cites to and relies on the Cantwell Cert. (*see, e.g.*, FAC ¶¶ 26, 28, 33).

5. SEA also relies on the Cantwell Cert. in support of its instant motion to dismiss the FAC.

6. Thus, attached hereto as **Exhibit A** is a true and correct copy of the Cantwell Cert., with exhibits 1 through 6, as filed on May 1, 2023 (Dkt. 16-2).

Pursuant to 28 U.S. Code § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2023.

*/s/ David Jay, Esq.*
David Jay, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
*Attorneys for Defendant*
*Samsung Electronics America, Inc.*
