# EXHIBIT A

**GREENBERG TRAURIG, LLP**
David Jay, Esq.
jayd@gtlaw.com
James L. Ryerson, Esq.
ryersonj@gtlaw.com
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: (973) 360-7900
*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HALEY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendant. | No. 2:23-cv-00989-JMV-JRA<br><br>**CERTIFICATION OF NICOLE CANTWELL IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS COMPLAINT** |

I, Nicole Cantwell, declare as follows:

1.     I have personal knowledge of the facts set forth in this Certification and, if called and sworn as a witness, I could and would testify completely thereto under oath. I submit this Certification in support of Defendant Samsung Electronics America, Inc.'s Motion to Dismiss the Complaint of Plaintiff Haley Williams (née Konsela).

2.     I am a Director of Digital Content & UX/UI Strategy at Samsung Electronics America, Inc. ("Samsung" or "SEA"). I began employment with Samsung Telecommunications America, Inc. in March of 2013, which merged into SEA in January 2015, and I have worked for SEA from January 2015 to the present.

3.     SEA commercializes, markets, sells, distributes, services and repairs various finished electronic products in the United States, including Galaxy Book Pro 360 laptops.

4.     As part of my employment, I am familiar with SEA's business practices as they relate to Galaxy Book Pro 360 laptops, among many other devices.

5.     I also am familiar with the allegations in Plaintiff's Complaint as they relate to her purchase of a Galaxy Book Pro 360 laptop in June 2021, as well as her communications with SEA about her laptop.

1

6. Each Galaxy Book Pro 360 laptop sold by SEA comes with a physical copy of a "Samsung Computer Limited Warranty" in the box for the laptop. The warranty terms also are online. Attached hereto as **Exhibit 1** is a true and correct electronic copy of the "Samsung Computer Limited Warranty" for Plaintiff's Galaxy Book Pro 360 laptop based on her alleged date of purchase in June 2021. A physical copy of this Samsung Computer Limited Warranty was contained in the box for the laptop.

7. Attached hereto as **Exhibit 2** is a true and correct printout of a Samsung.com webpage titled "Terms and Conditions of Sale," as captured on April 19, 2023, and as available at https://www.samsung.com/us/terms-of-sale/. As reflected at the bottom, the webpage states these "Terms and Conditions of Sale" were last updated on August 26, 2020.

8. Based on the information provided in Plaintiff's Complaint, SEA conducted searches of its customer service records database ("Database") concerning Plaintiff's communications with SEA about her Galaxy Book Pro 360 laptop. The records that SEA located through these searches were prepared by SEA personnel in the ordinary course of business at or near the time of the acts, conditions or events described in the records. I am familiar with SEA's policies and practices for creating and maintaining such records.

9.     Attached hereto as **Exhibit 3** is a true and correct printout (with redactions for privacy) of information maintained in SEA's Database relating to Plaintiff's request for service and repair of her Galaxy Book Pro 360 laptop in April 2022.

10.     Attached hereto as **Exhibit 4** are true and correct printouts (with redactions for privacy) of information maintained in SEA's Database relating to Plaintiff's requests for service and repair of her Galaxy Book Pro 360 laptop in October 2022. The acronym "FOC" as used in the records attached hereto as Exhibit 4 stands for "Free of Charge."

11.     Through its searches, SEA also located audio recordings of telephone calls between Plaintiff and customer service personnel for SEA regarding Plaintiff's Galaxy Book Pro 360 laptop.

12.     Attached hereto as **Exhibit 5** is a true and correct copy (with redactions for privacy) of a certified transcription of an April 3, 2022, telephone call between Plaintiff and customer service personnel for SEA.

13.     Attached hereto as **Exhibit 6** is a true and correct copy (with redactions for privacy) of a certified transcription of an October 7, 2022, telephone call between Plaintiff and customer service personnel for SEA.

Pursuant to 28 U.S. Code § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____April 28_____, 2023, at _____Plano, Texas_____.

_____

Nicole Cantwell

# EXHIBIT 1



**\*\*Before returning the product to the store, please contact us at : \*\***
**\*\*Antes de devolver el producto a la tienda, por favor póngase en contacto con nosotros en : \*\***

### For USA Customers:

**VISIT US ONLINE AT:**
**www.samsung.com/support**
**www.samsung.com/spsn**

**OR 1-888-899-7604**
**24 Hours a day/7 Days a week**

**\*\*If the product is missing any of the following items Original box, packaging material, accessories, and/or manuals then a fee for missing items or damaged products may apply.**

### Para los clientes de los Estados Unidos:

**VISÍTANOS EN NUESTRA WEB:**
**www.samsung.com/support**

**O 1-888-899-7604**
**24 Horas al día/7 Días a la semana**

**\*\*Si el producto no tiene el empaque original, material de empaque, manual del usuario o la falta de algun otro articulo o existe un articulo dañado puede representar un cargo adicional.**

6801-002301
2021/06 Rev. 1.0



## SAMSUNG COMPUTER PRODUCTS WARRANTY

### LIMITED WARRANTY COVERAGE

This Samsung branded Computer product, as supplied and distributed by Samsung Electronics America, Inc. ("Samsung") and delivered new, in the original carton to the original end-user purchaser ("you" or "purchaser"), is warranted by Samsung against manufacturing defects in materials and workmanship for a period of one (1) year, parts and labor (the "Limited Warranty Period"). Please note that some states do not allow time limitations on implied warranties.

This limited warranty begins on the original date of purchase and continues through the Limited Warranty Period and is valid only on Samsung products purchased from Samsung or a Samsung authorized reseller and used in the fifty (50) United States and the District of Columbia (unless you enter into a separate written agreement with Samsung). Since no end-user purchase takes place, this limited warranty does not apply to a party who rents or leases a Samsung brand product, and such a party must contact its rental or leasing company to determine whether warranty coverage is applicable.

If the product is found to be defective as a result of manufacturing defects in materials and workmanship during the Limited Warranty Period, Samsung will, at its sole option, (1) repair or replace the product, at no charge as stipulated herein, with new, rebuild or reconditioned parts, or new, rebuild or reconditioned product, or a functionally equivalent product, (2) for user-installable parts, require you to repair the product with new or reconditioned parts provided at no charge, or (3) provide a refund of the purchase price of the product, LESS THE PRODUCT'S DEPRECIATED VALUE, only if Samsung is unable to replace the product or repair it in accordance with applicable law.

All replaced parts and products, and products for which a refund is provided, become the property of Samsung and must be returned to Samsung free of any third-party ownership claims within thirty (30) days after you receive the replacement parts or products (or refund, if applicable). Samsung may require your credit card information prior to providing replacement parts or products (or refund, if applicable) and will charge you for the replacement parts or products (or product for which a refund is provided) if you fail to return them within such time. Replacement parts and products will be new or serviceably used, comparable in function and performance to the original parts, and warranted for the remainder of the original warranty period or, if longer, ninety (90) days after they are shipped to you.

### OBTAINING WARRANTY SERVICE

To receive warranty service, you must (1) first follow the procedures outlined below, in the product manual and in online help resources, and (2) if these procedures do not resolve the problem, contact Samsung at the address or phone number provided for problem determination and service procedures. Warranty service can only be performed by a Samsung authorized service center, except that such a center need not be used for the installation of replacement parts at your expense in the event that a warranty labor coverage period has expired but a warranty parts coverage period remains in effect. Samsung will not reimburse for any service performed by others. The original dated bill of sale, or a substitute proof of purchase acceptable at Samsung's sole option in accordance with applicable law, must be presented upon request as proof of purchase to Samsung or Samsung's authorized service center. If proper proof of purchase is not provided, the warranty period is otherwise calculated from the DOM (Date of Manufacture) plus sixty (60) days.

If limited warranty service is required, Samsung will issue an authorization number. Samsung will not accept returns without this authorization number. If return of the product is required, you must ship the product to the specified Samsung authorized service center in its original or equivalent packaging. Samsung will ship the repaired or replaced product to you if the address is located in the United States.

You are responsible for backing-up all system and applications software and data and disabling any security passwords before services are performed, removing any data before parts or products are returned, and for reinstalling all software, data and passwords. SAMSUNG SHALL NOT BE LIABLE FOR THE LOSS OR DESTRUCTION OF DATA OR MEDIA RESULTING FROM THE USE OR SERVICE OF THIS PRODUCT, WHETHER DUE TO VIRUS ISSUES OR OTHERWISE, OR ANY FAILURE TO SECURE ALL PROGRAMS AND DATA CONTAINED IN OR AFFECTED BY THE PRODUCT OR TO MAINTAIN THE CONFIDENTIALITY OF DATA STORED ON THE PRODUCT.

### LIMITATIONS AND EXCLUSIONS

Samsung does not warrant uninterrupted or error-free operation of the product. Product performance is affected by system configuration, software, applications, your data and operator control of the system, among other factors. Though the product is considered to be compatible with many systems, it is your responsibility to determine compatibility and integration with other products or systems.

This limited warranty applies only to hardware products manufactured by or for Samsung that can be identified by the "Samsung" trademark, trade name or logo affixed to them. It does not apply to non-Samsung hardware products or any software, even if packaged or sold with Samsung hardware. Manufacturers, suppliers or publishers, other than Samsung, may provide their own warranties to you, but Samsung, to the extent permitted by law, provides such third-party products

without the Samsung brand name (including but not limited to system software) is not covered under this limited warranty. Please refer to any licensing agreement accompanying the software for details of any purchaser rights with respect to its use.

This limited warranty covers manufacturing defects in materials and workmanship encountered in normal, reasonable, and except to the extent otherwise expressly provided for in this statement, noncommercial use of this product, and shall not apply to the following type of exclusions:

- damage which occurs in shipment, delivery and installation;
- applications and uses for which this product was not intended;
- altered product or serial numbers;
- cosmetic damage, such as to the exterior finish;
- damage (not resulting from defects in materials and workmanship) which occurs in your possession or that of other third parties, including due to accidents, opening of the product case or cabinet, abuse, neglect, fire, water, lightning or other acts of nature;
- use of products, equipment, systems, utilities, services, parts supplies, accessories, applications, installations, repairs, external wiring or connectors not supplied or authorized by Samsung;
- incorrect electrical line voltage, fluctuations and surges;
- adjustments and failure to follow operating instructions, instructions for installing a user-installable part, or cleaning, maintenance and environmental instructions that are covered and prescribed in the instruction book, including incorrect installation of hardware or software;
- reception or display problems and distortion related to noise, echo, interference or other signal transmission and delivery problems;
- burned-in images resulting from viewing an image on the display screen for an extended period of time; and
- minor imperfections within design specifications or that do not materially alter functionality.

**THERE ARE NO EXPRESS WARRANTIES OTHER THAN THOSE LISTED AND DESCRIBED ABOVE. NO WARRANTIES WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE SHALL APPLY AFTER THE EXPRESS WARRANTY PERIODS STATED ABOVE. NO OTHER EXPRESS WARRANTY OR GUARANTY GIVEN BY ANY PERSON, FIRM OR CORPORATION WITH RESPECT TO THIS PRODUCT SHALL BE BINDING ON SAMSUNG, SAMSUNG UNDERTAKES NO**

**RESPONSIBILITY FOR THE QUALITY OF THE PRODUCT, AND ASSUMES NO RESPONSIBILITY THAT THE PRODUCT WILL BE FIT FOR ANY PARTICULAR PURPOSE FOR WHICH YOU MAY BE BUYING THE PRODUCT, EXCEPT AS OTHERWISE PROVIDED IN THIS LIMITED WARRANTY OR IN APPLICABLE LAW.**

**SAMSUNG SHALL NOT BE LIABLE FOR LOSS OF REVENUE OR PROFITS, FAILURE TO REALIZE SAVINGS OR OTHER BENEFITS, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES CAUSED BY THE USE, MISUSE OR INABILITY TO USE THE PRODUCT, REGARDLESS OF THE LEGAL THEORY ON WHICH THE CLAIM IS BASED, AND EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NO RECOVERY OF ANY KIND AGAINST SAMSUNG SHALL BE GREATER IN AMOUNT THAN THE PURCHASE PRICE OF THE PRODUCT SOLD BY SAMSUNG AND CAUSING THE ALLEGED DAMAGE.**

**WITHOUT LIMITING THE FOREGOING, YOU ASSUME ALL RISK AND LIABILITY FOR LOSS, DAMAGE OR INJURY TO YOU AND YOUR PROPERTY AND TO OTHERS AND THEIR PROPERTY ARISING OUT OF THE USE, MISUSE OR INABILITY TO USE THE PRODUCT NOT CAUSED DIRECTLY BY THE NEGLIGENCE OF SAMSUNG. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT, IS NONTRANSFERABLE AND STATES YOUR EXCLUSIVE REMEDY.**

If there is any inconsistency between this Limited Warranty to Original Purchaser and any other agreement or statement included with or relating to the Samsung products or services, this limited warranty shall govern. If any provision of this limited warranty is found invalid or unenforceable, it shall be deemed modified to the minimum extent necessary to make it enforceable and the remainder of the limited warranty shall remain valid and enforceable according to its terms.

**CONSUMER PROTECTION AND OTHER LAWS MAY APPLY**

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. Some states may provide for additional warranty rights and remedies, and the provisions contained in this limited warranty are not intended to limit, modify, take away from, disclaim or exclude any mandatory warranty requirements provided by states, including certain implied warranties. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**CONTACTING SAMSUNG**

To obtain warranty service, please contact Samsung as follows:

Samsung Electronics America, Inc.

85 Challenger Road.

Ridgefield Park, NJ 07660

Phone: 1-800-SAMSUNG (726-7864)

**ONE YEAR INTERNATIONAL WARRANTY**

International warranty will apply only for mobile computer.

In the event that warranty service is required on your (United States purchased) Samsung Mobile Computer and you are located outside of the country, the local Samsung entity in the foreign countries listed on the website at *http://www.samsung.com/sec/support/guarantee.do* may be able to provide you with warranty service. Any warranty services rendered shall be in a manner consistent with the terms and conditions of the Samsung Mobile Computer Limited Warranty. Warranty services performed, if made available, may take longer than if performed in the United States. Any services rendered are not performed by Samsung Electronics America and not a part of the Samsung Mobile Computer Limited Warranty.

International Warranty period is valid only on Samsung products purchased from Samsung or Samsung authorized retailers. Proof of purchase must be presented upon request to Samsung or Samsung's authorized service center.

If proper proof of purchase is not provided, the warranty period is otherwise calculated from the DOM (Date of Manufacturer) plus sixty (60) days.

Please note some countries allow the customer to drop off the Samsung mobile computer at a Samsung authorized repair center while other countries only allow the product to be shipped. The terms and the conditions of the warranty service may vary from country to country.

Customers seeking to invoke this limited warranty in a country not listed on the website at *http://www.samsung.com/sec/support/guarantee.do* (which may be amended by Samsung from time to time) shall be responsible for delivery of the product to the nearest International Warranty Centre as advised by the local Samsung Helpline. The Customer shall be responsible for settling all customs fees associated with the transport, and the cost of delivery to the International Warranty Center. Samsung will pay return transport fees only. The method of shipment of the Samsung Product shall be at Samsung's discretion. Liability for goods in transit shall be with the shipping party.

# EXHIBIT 2

Mobile    TV & Audio    Appliances    Computing        Explore    Support

Displays    Accessories    SmartThings    Offers        For Business

SAMSUNG.COM

TERMS AND CONDITIONS OF SALE

By placing an order on Samsung.com, you agree to the terms and conditions below (the "Terms").  The Terms will govern orders placed on this site and will constitute an agreement between Samsung Electronics America, Inc. as the seller and you as the purchaser of products sold on this site (the "Products").

## 1.    Order Acceptance; Cancellation

Samsung may cancel your order at any time and for any reason.  Your receipt of an order confirmation does not constitute Samsung's acceptance of the order and we are under no obligation to accept any order you submit.  If we do cancel your order, we will refund you any amounts that you have been charged.

## 2.    Quantity Limitations

Samsung reserves the right, in its sole discretion, to limit your orders to a maximum dollar value or maximum quantity per Product.

## 3.    Prices

Prices do not include shipping and handling, or sales taxes, if applicable, which will be added to your total price.  If the price of a Product is incorrect, then we reserve the right to cancel your order and refund to you the amount that you paid.

## 4.    Shipping

Samsung is not responsible for any errors, omissions or misdirected or lost orders, or orders which may be delayed.  Any delivery dates we provide you either on the site or in any communications (e-mails, order confirmations, etc.) are estimates only.  Please review the additional information regarding our shipping policy **here**.

The Products are intended for sale in the United States only, and accordingly, we will only ship to addresses within the United States.  You agree to comply with any U.S. or foreign laws relating to the export, re-export, transfer or resale of the Products.

## 5.    Risk of Loss

Title to and risk of loss or damage to any physical products you purchase will pass to you when Samsung ships it from one of its warehouses.  Title to any digital Products will pass to you when we provide you with a link, license key, or activation code.

## 6.    Returns; Damaged Products

Samsung.com will accept return requests for purchases within fifteen (15) days from the date of delivery.  Please review the additional information regarding our returns policy **here**.

Exceptions to Return Policy

• If you wish to return a Product that came with a free promotional item, such as a free memory card with a phone, all items must be returned together to get a full refund. If you wish to keep the promotional item you will be refunded the cost of the Product minus the full value of the promotional item.

• Shipping and handling fees from your original order will not be refunded, unless the return is due to Samsung error (defective item/damaged).

## 7.    Samsung Store Pickup

To qualify for store pickup, all items in your order must be available at the same retail location.

Once your order is placed we will send you an email confirming that we have received your order.  We will send you another email once the item is ready for pickup.

You will have five (5) days from the time we send you an email confirming your product is ready for pickup.  If you do not pick up your products by then, we will automatically cancel your order.

In order to pick up your Product, you must show a valid government issued identification.

### 8.    Wireless and other Third-Party Services

You may have agreed to terms and conditions with a third party for services such as content, cloud storage, wireless services, or Premium Care ("Third Party Software or Services"). Returning your Product will not automatically cancel any third party service, including wireless service that you activated in connection with your purchase.  You may be required to register or enroll with the provider in a manner solely determined by the provider. Your use of the Third Party Services is subject to terms and conditions (including privacy policies) determined solely by the provider.

THIRD PARTY SOFTWARE OR SERVICES ARE PROVIDED "AS IS", "WHERE IS" AND "AS AVAILABLE" AND WITHOUT WARRANTIES OF ANY KIND. SAMSUNG AND ITS LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES OR GUARANTEES OF ANY KIND OR NATURE, WHETHER EXPRESS OR IMPLIED, REGARDING THE THIRD PARTY SOFTWARE OR SERVICES, AND TO THE EXTENT PROHIBITED BY LAW, SPECIFICALLY DISCLAIMS ALL SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. WITHOUT LIMITING THE PREVIOUS DISCLAIMER, SAMSUNG AND ITS LICENSORS DO NOT REPRESENT, WARRANT OR GUARANTEE THAT THE THIRD PARTY SOFTWARE OR SERVICES WILL (I) BE COMPATIBLE WITH YOUR HARDWARE OR SOFTWARE, (II) OPERATE IN AN UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE MANNER, (III) WILL ALWAYS BE AVAILABLE OR FREE FROM ALL HARMFUL COMPONENTS OR ERRORS, INCLUDING BUT NOT LIMITED TO VIRUSES, INTERFERENCES, CORRUPTION OR OTHER SECURITY INSTRUCTIONS, OR (IV) WILL BE SECURE OR IMMUNE (INCLUDING THE CONTENT DELIVERED TO YOU OR THE INFORMATION YOU PROVIDED) FROM HACKING OR OTHER UNAUTHORIZED ACCESS.

TO THE EXTENT PROHIBITED BY LAW, IN NO EVENT SHALL SAMSUNG OR ITS LICENSORS BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, PUNITIVE DAMAGES OR LOST PROFITS, EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THIS LIMITATION WILL APPLY REGARDLESS OF THE THEORY OF LIABILITY, WHETHER FRAUD, MISREPRESENTATION, BREACH OF CONTRACT, NEGLIGENCE, PERSONAL INJURY, PRODUCT LIABILITY, INFRINGEMENT OR ANY OTHER THEORY, REGARDLESS OF WHETHER OR NOT SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THIS LIMITATION AND WAIVER ALSO APPLIES TO ANY CLAIM YOU MAY BRING AGAINST ANY OTHER PARTY TO THE EXTENT THAT SAMSUNG WOULD BE REQUIRED TO INDEMNIFY SUCH PARTY FOR ANY CLAIM. IN NO EVENT SHALL SAMSUNG'S AGGREGRATE LIABLITY TO YOU UNDER THIS AGREEMENT EXCEED THE PURCHASE PRICE OF THE APPLICABLE CONTENT. SAMSUNG HAS NO LIABILITY FOR ANY OF YOUR DATA THAT IS LOST OR CORRUPTED THROUGH USE OF THE THIRD PARTY SOFTWARE OR SERVICES; YOU ARE RESPONSIBLE FOR MAINTAINING BACKUPS OF YOUR DATA.

Returning any hardware Product will not automatically cancel any Third Party Software or Services, including wireless service that you activated in connection with your purchase. You should refer to the terms and conditions that govern any Third Party Software or Service.

Third Party Software or Service may be delivered to you by Samsung in the form of a download link, license key, activation code, email, via upload directly onto your purchased Product, or other electronic delivery method.

9.    **Subscription; Recurring Payments.**

In some cases, you may be purchasing Third Party Software or Services directly from Samsung on a subscription basis. These subscriptions may be annual or month-to-month. If any Third Party Software or Service was purchased from Samsung on a subscription basis, Samsung will automatically renew your purchased license or subscription and charge you for successive renewal terms (plus taxes and fees, less any applicable discounts), in accordance with the terms of the subscription for such Third Party Software or Service, using the payment information you provided for your initial purchase, until you cancel. You will be charged on the day of the month

on which you initiated your subscription, or as otherwise provided in the terms of the subscription for such Third Party Software or Service. For example, if you initiated your subscription on the 6th of the month, you will be charged on the 6th of each subsequent month. We may change the price of the subscription as of the next billing period if we provide you with prior notice of the change by email.

## 10. End-Users Only

Samsung.com is intended only for end-user customers who will use Products for personal, household, family, or bona fide business use. If we determine that you are in the business of reselling products, then, in addition to any other remedies available to us, we may charge you for the full amount of any promotional value or rebate that was applied to the purchase or granted to you at any time after the purchase.

## 11. Governing Law

The formation, existence, construction, performance, validity and all aspects whatsoever of these Terms will be governed by the law of the State of New York, without reference to its choice of laws principles. These Terms will not be governed by the UN Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. Notwithstanding the foregoing, we may apply for injunctive remedies (or an equivalent type of urgent legal relief) in any court of competent jurisdiction.

## 12. Severability

If any provision of these Terms is deemed to be invalid, illegal or unenforceable (in whole or in part), then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect.

## 13. No Waiver

If we do not exercise or enforce any legal right or remedy which is set out in these Terms or which we have the benefit of under any applicable law, this will not be construed as a formal

waiver of our rights or remedies and such rights or remedies will remain available to us.

**LAST UPDATED:** August 26, 2020

## SHOP

Phones

Tablets

Watches

Accessories

Mobile Audio

TV & Home Theater

Computing

Monitors

Memory & Storage

Home Appliances

Smart Home

Samsung Experience Store

Apps & Services

Shop Certified Re-Newed ↗

Samsung Authorized Reseller Program

## SUPPORT

Chat with Us

Product Support

Order Support

Your Account

Register Your Product

Contact Us

Samsung Community

CEO's Office

Give Your Opinion

## OFFERS

Offers

Samsung Rewards

Student & Education Offer Program

Government Offer Program

Military Offer Program

Employee Offer Program

First Responders Offer Program

Business Offer Program

## SUSTAINABILITY

Overview

Environment

Corporate Citizenship

Digital Responsibility

Security and Privacy

Accessibility

Labor & Human Rights

Diversity & Inclusion

Sustainable Supply Chain

## ABOUT US

Leadership & Mission

Our Business

Brand Identity

Careers

Investor Relations ↗

Newsroom ↗

Ethics

Samsung Design ↗

Copyright© 1995-2023 SAMSUNG All Rights Reserved.



**USA/ENGLISH**    Privacy    Do Not Sell or Share My Personal information    Legal    Accessibility Help    Sitemap

STAY IN THE LOOP?    

# EXHIBIT 3

## SAMSUNG ANSWER CENTER - CALL REPORT                    04/26/2023

**Call Info.**

| | |
|---|---|
| Transaction ID: | 4164667888 |
| Opened: | 04/03/2022 |
| Agent: | Luis Espinal               ( 5084147559 ) |
| Detail Type: | Repair |
| Status: | Goods Delivered / Warranty Claim |
| Exch/Refund Type: | |

**Customer Info.**

| | |
|---|---|
| Name: | HALEY KONSELA             ( 5107763403 ) |
| Phone No. (Home): | ███████ |
| Phone No. (Mobile): | ███████ |
| Phone No. (Office): | |
| Address: | ███████ |
| City/State/Zip: | ██████   WI   ████ |

**ASC/MBE Info.**

| | | | |
|---|---|---|---|
| Acct. No. | 0004286570 | Phone No. | 1-800-726-7864 |
| Name: | Total Tech Solutions | | |
| Address: | 49 Commerce Road | | |
| City/State/Zip: | Carlstadt   NJ | 07072 | |

| Model | Description | Serial No | POD | Labor | Parts |
|---|---|---|---|---|---|
| NP950QDB-KA1US | NOTE,NP950QDBA-EXP,II7_1165G7,156T_FHDO, | 4WNR9FHR500142B | 00/00/0000 | 07/31/2022 | 07/31/2022 |

### Customers Interaction History

Detail Script −[04/07/2022,11:20:03] [0004286570]       Feedback

4/7/2022 3:19 PM−Jykwon: The unit is shipped.

Detail Script −[04/07/2022,11:19:16] [RFC_WS_D3]       Feedback

Unit Received e-mail was sent to Customer.

Detail Script −[04/07/2022,10:57:48][0004286570]   Feedback

4/7/2022 2:57 PM−JAVIER URBINA: The unit is being returned unrepared. NO DEFECTS FOUND

Detail Script −[04/07/2022,10:57:47][0004286570]   Feedback

NO DEFECTS FOUND

Detail Script −[04/06/2022,11:19:05][0004286570]   Feedback

* *CX REQ TO CONTACT HOME PHONE # (# BELONGS TO WIFE) IF INFO NEEDED. *

Detail Script −[04/05/2022,14:15:41][0004286570]   Feedback

CX called back to provide pw ███.

Detail Script −[04/05/2022,14:11:37][0004286570]   Feedback

Called Cx req pin#, Cx will call back. .

Detail Script −[04/05/2022,13:19:43][0004286570]   Feedback

Disconnectected and reconnected MTS. WIfi works properly. Requesting psw to proceed with testing.

Detail Script −[04/05/2022,11:28:50][0004286570]   Feedback

4/5/2022 3:28 PM−Peter Wong: Information Pending: No Warranty Term [NP950QDB−KA1US]

Detail Script −[04/05/2022,11:28:50][0004286570]   Feedback

4/5/2022 3:28 PM−Peter Wong: Accessory: 378

Detail Script −[04/05/2022,11:28:50][0004286570]   Feedback

4/5/2022 3:28 PM−Peter Wong: The b−good unit is received

Detail Script −[04/03/2022,12:16:51][USGCCARC1153]   Feedback

[UPS process] E−label has been sent successfully 1ZRV25738499008572

Detail Script −[04/03/2022,12:16:32][USGCCARC1153]   Feedback

No Fast Track Manual for the model code

Detail Script −[04/03/2022,12:16:32][USGCCARC1153]   Feedback

Pick-up service repair ticket confirmation e-mail was sent to customer

Detail Script −[04/03/2022,12:16:31][USGCCARC1153]          Feedback

◆ Luis Espinal [ 5084147559 ] 04/03/2022 12:16:30 1) Inquiry: cci because laptop no connecting to internet wi-fi issue no connect to internet ███████ 2) Resources used: https://agent.samsungsupport.com/us/dtree/detail? ci=N0000137 <(>&<)>mn=NP950QEDA−EXP<(>&<) >mc=NP950QED−KB1US<(>&<)>ai=TSG01109558<(>&<) >child=TSG01209042#t3−o1 3) Steps taken check drivers turn off/on reset network 7−14 business day to get item back sent e−label over night shipping she need it for school 4) Additional comments/Requirements: 5) Outcome: repair center 6) Language: (DR Only) eng 7) Symptom Description: 8) NCP Parts Needed: ◆ Luis Espinal [ 5084147559 ] 04/03/2022 12:14:50 1) Inquiry: cci because laptop no connecting to internet wi-fi issue no connect to internet ███████ 2) Resources used: https://agent.samsungsupport.com/us/dtree/detail? ci=N0000137 <(>&<)>mn=NP950QEDA−EXP<(>&<) >mc=NP950QED−KB1US<(>&<)>ai=TSG01109558<(>&<) >child=TSG01209042#t3−o1 3) Steps taken check drivers turn off/on reset network 7−14 business day to get item back sent e−label over night shipping she need it for school 4) Additional comments/Requirements: 5) Outcome: repair center 6) Language: (DR Only) eng 7) Symptom Description: 8) NCP Parts Needed:

# EXHIBIT 4

# SAMSUNG ANSWER CENTER - CALL REPORT                04/26/2023

---

**Call Info.**

| | | |
|---|---|---|
| Transaction ID: | 4167760955 | |
| Opened: | 10/07/2022 | |
| Agent: | Margaux Dominique Chan | ( 5084143359 ) |
| Detail Type: | Repair | |
| Status: | Cancelled by Agent | |
| Exch/Refund Type: | | |

---

**Customer Info.**

| | | |
|---|---|---|
| Name: | HALEY KONSELA | ( 5107763403 ) |
| Phone No. (Home): | ▆▆▆▆ | |
| Phone No. (Mobile): | ▆▆▆▆ | |
| Phone No. (Office): | | |
| Address: | ▆▆▆▆ | |
| | ▆▆▆▆ | |
| City/State/Zip: | ▆▆▆▆ | WI ▆▆▆ |

---

**ASC/MBE Info.**

| | | | |
|---|---|---|---|
| Acct. No. | 0004286570 | Phone No. | 1-800-726-7864 |
| Name: | Total Tech Solutions | | |
| Address: | 49 Commerce Road | | |
| City/State/Zip: | Carlstadt | NJ | 07072 |

---

| Model | Description | Serial No | POD | Labor | Parts |
|---|---|---|---|---|---|
| NP950QDB-KA1US | NOTE,NP950QDBA-EXP,II7_1165G7,156T_FHDO, | 4WNR9FHR500142B | 00/00/0000 | 07/31/2022 | 07/31/2022 |

---

## Customers Interaction History

Detail Script −[10/12/2022,15:23:38][USGCCKNC1075]      Feedback

Not found Data Row.


Detail Script −[10/12/2022,15:23:37][USGCCKNC1075]      Feedback

Service Cancelled e-mail was sent to customer

Detail Script −[10/12/2022,15:12:22][USGCCKNC1075]   Feedback

UPS Void process Failed!

Detail Script −[10/07/2022,12:12:48][USPRLEGC2006]   Feedback

[UPS process] E−label has been sent successfully
1ZRV25739099111126

Detail Script −[10/07/2022,12:08:02][USPRLEGC2006]   Feedback

No Fast Track Manual for the model code

Detail Script −[10/07/2022,12:08:02][USPRLEGC2006]   Feedback

Pick−up service repair ticket confirmation e−mail was sent
to customer

Detail Script −[10/07/2022,12:08:00][USPRLEGC2006]   Feedback

◆ Britney Thorne [ 5084134049 ] 10/07/2022 12:06:55
******Specialty Claims BT working IM PL****** Ticket No:
5130532563 Customer Name: HALEY KONSELA Incident
Date and Time: Personal Injury: No Seek Medical Attention:
No Property Damage: No Phone Damage: n/a 1.
Resources used: Reviewed Notes / D−Tree / Ticket # 2.
Conversation with Customer: Laptop is overheating // she
sent it in for repair yet there is only repair // contacted
customer to verify incident, damages and injuries // called
██████████ and LMOM called ██████████ and spoke with
Haley and she stated that the computer is destroying
itself // she stated that she has to keep it propped up on
two books // and keyboard is still hot // after warranty it
started overheating even worse // Adv cx that we are able
to set them up with a FOC repair on their device // Adv cx
that I will send a UPS shipping label to their email
address // Adv cx to print the label and put it on any box
that safely houses the phone and does not have any
hazardous/hazmat labels on it // Adv cx to write down
tracking number // Adv cx that once it is delivered at the
service center, it will take 5−7 business days to repair the
device // Adv cx that if the device is unrepairable they will
be contacted with further accommodations // Advised
customer to write 4k on three sides of the box // Adv
customer to remove any accessories from the device such
as case or SIM/SD card // Advised customer to remove
any passcodes from the device // Adding SAW to ticket for
FOC Outcome: FOC repair ◆ Margaux Dominique Chan
[ 5084143359 ] 10/04/2022 14:21:49 1) Inquiry: cx said
that the laptop is overheating and she has been having this
issue for months already. The unit was already
sent in for repair but still the unit smells like it is melting
and cx is afraid that it might physically hurt her in the long
run 2) Resources used: asp,gcic 3) Steps taken: asked for
physical or property damages. cx said none but she is

afraid that it will hurt her because it is overheating and smells melting 4) Additional comments/Requirements:75442086 5) Outcome: file 5k TL ron approved 6) Language: (DR Only) en 7) Symptom Description:cx said that the laptop has been overheating and she has been having this issue for months already. The unit was already sent in for repair but still the unit smells like it is melting and cx is afraid that it might physically hurt her in the long run 8) NCP Parts Needed: na https://agent.samsungsupport.com/us/pnp/detail? ci=N0000058 <(>&<)>mn=UN40H5003AF<(>&<) >mc=UN40H5003AFXZA<(>&<)>keyword=product% 20liability<(>&<)>ai=PNP01218345−100805 ◆ Margaux Dominique Chan [ 5084143359 ] 10/04/2022 14:18:52 1) Inquiry: cx said that the laptop has been overheating and she has been having this issue for months already. The unit was already sent in for repair but still the unit smells like it is melting and cx is afraid that it might physically hurt her in the long run 2) Resources used: asp,gcic 3) Steps taken: asked for physical or property damages. cx said none but she is afraid that it will hurt her because it is overheating and smells melting 4) Additional comments/Requirements:75442086 5) Outcome: file 2k 6) Language: (DR Only) en 7) Symptom Description:cx said that the laptop has been overheating and she has been having this issue for months already. The unit was already sent in for repair but still the unit smells like it is melting and cx is afraid that it might physically hurt her in the long run 8) NCP Parts Needed: na

SAMSUNG ANSWER CENTER - CALL REPORT                    04/26/2023

## Call Info.

| | |
|---|---|
| Transaction ID: | 4167839072 |
| Opened: | 10/12/2022 |
| Agent: | Ramsha Afroz Hussain |
| Detail Type: | Repair |
| Status: | Cancelled by ASC |
| Exch/Refund Type: | |

( 5084143413 )

## Customer Info.

| | |
|---|---|
| Name: | HALEY KONSELA |
| Phone No. (Home): | ███████ |
| Phone No. (Mobile): | ███████ |
| Phone No. (Office): | |
| Address: | ███████ ███████ |
| City/State/Zip: | ███████ WI ███ |

( 5107763403 )

## ASC/MBE Info.

| | | | |
|---|---|---|---|
| Acct. No. | 0004286570 | Phone No. | 1-800-726-7864 |
| Name: | Total Tech Solutions | | |
| Address: | 49 Commerce Road | | |
| City/State/Zip: | Carlstadt | NJ | 07072 |

| Model | Description | Serial No | POD | Labor | Parts |
|---|---|---|---|---|---|
| NP950QDB-KA1US | NOTE,NP950QDBA-EXP,II7_1165G7,156T_FHDO, | 4WNR9FHR500142B | 00/00/0000 | 07/31/2022 | 07/31/2022 |

## Customers Interaction History

Detail Script −[10/22/2022,00:28:26][0004286570]      Feedback

Ticket was cancelled because customer did not respond to request for shipping of old product to Samsung.

Detail Script −[10/22/2022,00:28:26][RFC_WS_D3]      Feedback

Not found Data Row.

Detail Script −[10/22/2022,00:28:26][RFC_WS_D3]     Feedback

Service Cancelled e−mail was sent to customer

Detail Script −[10/12/2022,15:27:27][USGCCKNC1075]     Feedback

[UPS process] E−label has been sent successfully
1ZRV25739092438331

Detail Script −[10/12/2022,15:27:12][USGCCKNC1075]     Feedback

No Fast Track Manual for the model code

Detail Script −[10/12/2022,15:27:12][USGCCKNC1075]     Feedback

Pick−up service repair ticket confirmation e−mail was sent
to customer

Detail Script −[10/12/2022,15:27:11][USGCCKNC1075]     Feedback

7) Symptom Description:cx said that the laptop has been
overheating and she has been having this issue for months
already. The unit was already sent in for repair but still the
unit smells like it is melting and cx is afraid that it might
physically hurt her in the long run 8) NCP Parts Needed: na

Detail Script −[10/12/2022,15:27:11][USGCCKNC1075]     Feedback

◆ Ramsha Afroz Hussain  [ 5084143413 ] 10/12/2022
15:27:10 1) Inquiry: cx said that the laptop has been
overheating and she has been having this issue for months
already. The unit was already sent in for repair but still the
unit smells like it is melting and cx is afraid that it might
physically hurt her in the long run 2) Resources used:
asp,gcic 3) Steps taken: asked for physical or property
damages. cx said none but she is afraid that it will hurt her
because it is overheating and smells melting 4) Additional
comments/Requirements:75442086 5) Outcome: 6)
Language: (DR Only) en 7) Symptom Description:cx said
that the laptop has been overheating and she has been
having this issue for months already. The unit was already
sent in for repair but still the unit smells like it is melting
and cx is afraid that it might physically hurt her in the long
run 8) NCP Parts Needed: na

# EXHIBIT 5

"EspinalLuis" Transcription [0:14:39]

| | |
|---|---|
| Luis: | Thank you for calling Samsung, my name is Luis, how may I help you today? |
| Haley: | Hi, I bought a Samsung Galaxy Pro 360 in August and I have been having a little bit of trouble with it, and now it's completely not connecting to the Internet at all and it just doesn't recognize any sort of network drivers. |
| Luis: | I'm sorry for the inconvenience and I will be more than happy to assist you. So, let's go ahead and check this out for you, ok? |
| Haley: | OK. |
| Luis: | May I have please your first and last name, and then your phone number? |
| Haley: | Haley, H-A-L-E-Y, Konsela, K-O-N-S-E-L-A |
| Lois: | Thank you. |
| Haley: | And phone number is ███████. |
| Luis: | OK, █████ |
| Haley: | [0:01:00] ████████. |
| Luis: | Thank you, one moment. Alright, so, can you please spell your first name again? |
| Haley: | H-A-L-E-Y |
| Luis: | OK, H-A... |
| Haley: | Mm huh, L |
| Luis: | E-Y |
| Haley: | E-Y, yep. |
| Luis: | And your last name? |
| Haley: | K-O-N-S-E-L-A |
| Luis: | Thank you, do you have an email address? |
| Haley: | Yep, [0:02:00], it's ████████████ |
| Luis: | Thank you, alright. |

Haley:      And I bought it direct from Samsung, so I don't know if you need an order number.

Luis:       No, that's ok, because if you see if it was like 8 months ago, what we can do, we can do some basic troubleshooting and see if it works, if not, we can send it to the repair center so they can fix it.

Haley:      OK, so my issue though is that I need it for school. [0:03:00] So, I don't know, I mean it's kind of, this was an expensive computer, and just to have it fail in 8 months is, now let's troubleshoot it, I've done as much troubleshooting as I can.

Luis:       Have you made basic troubleshooting before?

Haley:      Yeah...

Luis:       Alright let me see...

Haley:      Usually...

Luis:       Mm huh...

Haley:      Usually a network reset would help it and now it just doesn't, it started when I was at school yesterday and I thought maybe if I came home and tried it again, I spent two days troubleshooting it, just says that there's no error, but everything fails.

Luis:       So did you reach the network under setting?

Haley:      Oh yeah, I've done it about 25 times, it doesn't do it.

Luis:       And did you try to update the driver installer, so you said?

Haley:      [0:04:00] Yeah, I tried to install the new, like the Wi-Fi driver, I tried to reinstall it, it doesn't...here I'm going to read you what it says, so I'm doing another troubleshoot, and it just says "the Intel R Wi-Fi adapter is experiencing driver or hardware problems not fixed". And it won't, it doesn't give me any sort of solution, it just says "give feedback or close", and then when I hit "view", "view more" or whatever it just says "the wireless network adapter is experiencing problems, failed". Um, so then when I hit "view hardware and connection properties", the first thing that comes up is the "Bluetooth network connection", [0:05:00] "status not operational", "Ethernet, all not present and not on Ethernet", "Wi-Fi, status not operational".

Luis:       Alright, it looks like it's something with the hardware of the computer. It's not working because if you have trouble, basic troubleshooting, it's not working even though you reset the network.

Haley:      Yeah.

Luis:       So that's something that we should send it to the repair center. Um, what's going to be the best phone number so I can send you text message so you can send me the information so I can create a ticket and to send it to our repair center? If you need it for school, I will see what we can do, if we can you like an overnight shipping, so they can get as soon as possible and can work on it.

Haley:      Yeah, yeah, that would great, ██████████.

Luis:       OK [0:06:00]. Let me know if you receive a message that I send, [inaudible], OK, I was trying to say something but that's OK.

Haley:      OK

Luis:       OK, we'll write you down, what I need, I need a model code, or model number.

Haley:      OK, I got a text.

Luis:       OK, one moment please. [0:07:00]

Haley:      Um, model or code number or PC, where do I find all that stuff?

Luis:       I mean the model code or model number is under the laptop on the back, these are those tiny number, the serial number start with "F/N" which is that fifteen digits, and the model number start with "N as in Nancy, P as in Peter", one of those.

Haley:      OK.

Luis:       [0:08:00] I'm working here, OK?

Haley:      OK. OK, I think I got it to work.

Luis:       OK, one moment.

[0:09:00]

Luis:       It's only the Wi-Fi you have an issue with?

Haley:      Hmm?

Luis:       It's only the Wi-Fi you have an issue with?

Haley:      Yeah.

Luis:       Do you have any personal information on the computer? So before you send it, you can do back up?

Haley:      Um, I think I have all of it in a cloud already, one drive, so...

Luis:       OK.

Haley:      I mean, it wouldn't matter anyway, I can't get it off here.

Luis:       Alright, [0:10:00] yeah, you're still under warranty, what I'm going to do...

Haley:      OK.

Luis:       help you send you overnight shipping so you can send it right away, they can get it, so you need it for work, that they can work as soon as possible on it.

Haley:      OK, so they are going to send me a box then, or do I send?

Luis:       You need to get a box, OK? And I will send you a label, you need to print that out, you need to paste it on the top.

Haley:      Oh, OK.

Luis:       And the ticket reference number you will paste right left and on the top, the ticket number that I will create here starting with "416", and the label on the top...

Haley:      OK, here I sent my email just in case cause there is a lot of letters that sound the same, so I just texted it.

Luis:       OK, I'm just seeing what I have.

Haley:      Alright.

Luis:       One moment. Send me your physical address or you will be getting back. [0:11:00] OK, I got it, thank you.

Haley:      Yep.

Luis:       You need a...so that's going to be...one second.. ███████████ .

Haley:      Yep.

Luis:       ██████ . Would you like to receive text message and emails about updates?

Haley:      Yes.

Luis:       Alright, OK.

[0:12:00]

Haley:      OK, yeah, it looks like out of all my network adapters the Intel Wi-Fi is the one that has the um, like, triangle exclamation, if not, it just says "operation failed".

Luis:       OK, [0:13:00] can you please, if you, can you check if you get a confirmation email?

Haley:      Yep...yep.

Luis:       OK, so you will receive two emails. Once with a ticket number and another one with an E-label.

Haley:      OK.

Luis:       One moment. So as I was saying, you have to print that out, the E-label, you need to paste it on the top of the box, you need to get a box.

Haley:      OK.

Luis:       And the ticket reference number you can also paste it on right left on the top. [0:14:00] So that's the ticket reference number that start with "416". I send you to the text message, OK?

Haley:      OK.

Luis:       Alright, and besides this, is there anything else that I can do for you today, any questions you have?

Haley:      Uh, no, that should be it.

Luis:       Alright, so I just want to say thank you so much for choosing Samsung we assist you, if you choose to take the survey, please stay on the line, will be based on my call also in your email, and I will also really appreciate that you help me with that.

Haley:      Sure.

Luis:       So thank you for your time and you have a nice day, OK?

Haley:      Thank you, you too.

Luis:       Alright, bye now.

Haley:      Bye.

[END]



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK )
)                    ss:
COUNTY of NEW YORK )

### ***CERTIFICATE OF ACCURACY***

This is to certify that the attached document, "EspinalLuis_Transcription" -- is, to the best of our knowledge and belief, a true, accurate and complete English audio transcription of audio file "EspinalLuis.wav."

Dated: 04/26/2023

Sworn to and signed before ME
This 26th  day of April, 2023

_____

Heather Cameron
Projects Manager
Consortra Translations

_____
Notary Public

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Comm. Expires Dec. 4, 2026



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong

# EXHIBIT 6

"ThorneBritney [1]" Transcription [0:07:35]

| | |
|---|---|
| Haley: | Hello? |
| Britney: | Can I speak to Haley Konsela? |
| Haley: | Yep. |
| Britney: | Hi, this is Britney calling from Samsung Specialty Claims, is now an OK time to talk? |
| Haley: | Yep. |
| Britney: | Alright, I do have to let you know this call is being recorded for training quality purposes. I am calling in regards to your laptop that is overheating. |
| Haley: | Sorry, I'm having a hard time hearing you, what? |
| Britney: | Your call is in regards to your laptop overheating? |
| Haley: | Yes. |
| Britney: | Alright, was there any personal injury or property damage due to this laptop overheating? |
| Haley: | I'm still, I can't really, it's really muffled. |
| Britney: | Can you hear me now? |
| Haley: | Kind of. |
| Britney: | Was there any personal injury or property damage due to this overheating? |
| Haley: | Well the computer is destroying itself. |
| Britney: | Alright, yes ma'am [0:01:00], can you tell me when this starting happening, do you remember? |
| Haley: | Um, it's always, the fan has always run excessively, um, and it wasn't until the last, um, maybe about the last month is when I started to get pretty concerned. So I can't take it anywhere and use it, um, it's just bad. But, um, I have to keep it propped up on two books that are spread apart to let air flow through, which it doesn't help at all, the keyboard gets super hot to the touch, still. The whole of the device does, but now it is spreading into the keyboard even worse. |
| Britney: | Alright. |

| | |
|---|---|
| Haley: | Is there a reason that this conversation wasn't like in written format at all, from Samsung? |
| Britney: | Well, no, we do have to call you regarding this... |
| Haley: | OK. |
| Britney: | ...so this is why I called, yes. |
| Haley: | [0:02:00] OK. |
| Britney: | Alright, so you are saying that the, um, laptop is overheating and it's propped up, um, on two books but it does not, it still doesn't cause the air to flow from the laptop, and that your keyboard is still hot? |
| Haley: | So I'm not sure, I couldn't hear all of that, but basically the last, right as it came out of warranty, it started overheating even worse. Um, where it would get hot before and the fan was always on, but it was like, you know, it was, whatever, so now I cannot use it if it is not propped up on two books spread apart with air flowing and I still have to shut it down because it gets so hot, I feel like its going to melt. Um, I bought this for school and I can't use it, because it just, I'm too afraid it's going to, I'm trying not to break this machine. You know. |
| Britney: | [0:03:00] I understand. I totally understand. So I do see that you had a repair done on it first already. We do have to get it in for another repair, for our technician to look at it, to see what the cause is again being that we repaired it. Because we still have to even be accommodating we do have to have at least two repairs done. |
| Haley: | Sorry, can you, ok, I'm, I'm still not quite hearing, it's like when we do the long back and forth, it gets really muffled, so, yes, I sent it in for repair, however, um, I don't know if you know this or not, but I got a ticket back, so my network driver, I was in school, it completely failed, it was like the computer didn't recognize Internet. I tried updating it, restarting it, everything, it like nothing worked, it wouldn't work for my hotspot, it wouldn't work at all. It was like Internet didn't exist. So I sent it in. I get a ticket back that says there was nothing wrong with it. [0:04:00] And I said you're not sending me back this laptop that doesn't connect to the Internet. So their tech team called me, the person that fixed it, and they had to open it up and reconnect cables. To me that's not something's not wrong. I, this is a laptop. It's meant to be transported. I think I have taken it out of my house three times at that point, in a case. Like, I mean, that's ridiculous, so, you know, I'm concerned about sending it in, I'm not going to lie. I don't...it came back not put together properly. It came back with a little dent on the side of it. Like, it's...so you're saying I have to send it in like, what's the process now to get this looked at again? |
| Britney: | Being that we only had one repair done on it, we have to get it sent in again for our technicians to look at it, um, before we can provide any type of accommodations. |

| | |
|---|---|
| Haley: | How much is that going to cost me? |
| Britney: | Nothing, it's going to be free of charge. |
| Haley: | OK. And how long is it going to... [0:05:00] cause I'm in the middle of a semester with a computer that I can't use, like I can't just keep sending this thing in. I mean the MacBook is the same price, that's why I went with this one because I liked it more, I can't keep sending it in. |
| Britney: | Yes, and I totally do understand. And we'll have it for about 5-7 business days and then we will provide it back to you if we, um, are able to repair it. If we're not able to fix that issue, then we'll provide you with further accommodations for that laptop. |
| Haley: | OK, can I have a summary of our conver...are you taking notes? Do you have a summary? I just, I'm concerned at this point because, you know, I'm seeing all over that this is causing injury and the fact that this conversation wasn't in writing, I'm not, it's a little shady, I'm not going to lie, by Samsung, not you personally. |
| Britney: | Yes, and I totally do understand. I do want to apologize for in regards to that. So what I'm doing now, is I am setting up a claim, a ticket, for you for the repair [0:06:00]. |
| Haley: | Mmhmm. |
| Britney: | And then once that is finalized, then we can go ahead and proceed with getting this sent back to you. But I do have my notes in here in regards to this call, and also you will receive an email with the claim, your ticket number for the repairs as well. |
| Haley: | OK. |
| Britney: | So if you can just verify your email address just to make sure I have the correct email address. |
| Haley: | ████████████████ |
| Britney: | OK, we do have that, and verify your billing address, so that way, once we send it back, we can send it back to the correct address. |
| Haley: | ███████████████████████████████, Wisconsin, █████ |
| Britney: | Alright, you said ████████████████, and you said ██████ correct, as in "█████"? |
| Haley: | Yep. |
| Britney: | Alright. And the zip code was ██████, correct? |
| Haley: | Yep. |

Britney:     Alright, so I'm going to go ahead and set this repair up for you here now. [0:07:00] I'm going to give you this repair ticket number. The repair ticket number, um, what we do have, we can go ahead and proceed with providing you this repair ticket number and you can have it for your reference.

Haley:       OK, can you just email that to me?

Britney:     Yes, I can email all the information over to you.

Haley:       OK, yeah.

Britney:     And I just have everything set up here. Is there anything else that I can assist you with today?

Haley:       Ah, nope, that's it.

Britney:     I do want to thank you for being the best part of Samsung, you have a wonderful day.

Haley:       Thanks, you too, bye.

Britney:     Thank you, bye.

[END]



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK          )
                           )                    ss:
COUNTY of NEW YORK     )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, "ThorneBritney [1]_Transcription" -- is, to the best of our knowledge and belief, a true, accurate and complete English audio transcription of audio file "ThorneBritney.wav."

Dated: 04/26/2023

_____

Heather Cameron
Projects Manager
Consortra Translations

Sworn to and signed before ME
This 26th  day of April, 2023

_____
Notary Public



Your legal translation partner

New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong