**GREENBERG TRAURIG, LLP**
David Jay, Esq.
jayd@gtlaw.com
James L. Ryerson, Esq.
ryersonj@gtlaw.com
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: (973) 360-7900
*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HALEY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                Defendant. | No. 2:23-cv-00989-JMV-JRA<br><br>**ORDER** |

THIS MATTER having been brought before the Court upon the motion of Greenberg Traurig, LLP, counsel for Defendant Samsung Electronics America, Inc. ("SEA"), seeking an Order dismissing Plaintiff Haley Williams' First Amended Complaint; and the Court having considered the pleadings and other papers on file, the argument of counsel, if any, and for good cause shown;

IT IS ON THIS _____ day of _____ 2023, **ORDERED** that:

1. SEA's motion to dismiss Plaintiff's First Amended Complaint is **GRANTED**; and

2. The First Amended Complaint is **DISMISSED** in its entirety and with prejudice.

_____
John Michael Vazquez, U.S.D.J.